# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 26 WAL 2016
:
        Respondent  :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v.  :
:
:
:
KEVIN W. TAYLOR,  :
:
        Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.